1008

[No. 71948-3-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL PENEUETA, *Appellant*.

by unpublished opinion per Spearman, C.J., concurred in by Leach and Verellen, JJ.

[No. 71999-8-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW ST. NICHOLAS BROOKS, *Appellant*.

by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 72190-9-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SALLYEA O. McCLINTON, *Appellant*.

by unpublished opinion per Appelwick, J., concurred in by Becker and Dwyer, JJ.

[No. 72193-3-I. Division One. July 27, 2015.]

COLLEEN EDWARDS, *Appellant*, v. PATRICK MULVIHILL, *Respondent*.

by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Cox, J.